UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

IN THE MATTER OF RONALD       )   Case No. 2:15-MS-00059-KJD
SEROTA, ATTORNEY AT LAW,      )
BAR NO. 7904                  )              <u>ORDER</u>
                              )   <u>TRANSCRIPT TEMPORARILY UNSEALED</u>

     Felicia Zabin, Transcriber, received a Transcript Order form requesting a transcript of the Hearing, held on 7/9/2015, from Ronald N. Serota. A Minute Order (Docket 18) was issued on 10/14/2015 sealing the 7/9/2015 hearing.

     IT IS THE ORDER OF THE COURT that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Ronald N. Serota.

     IT IS FURTHER ORDERED that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

     IT IS FURTHER ORDERED that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

     DATED this <u>15th</u> day of <u>October</u>, 2015.

_____
KENT J. DAWSON
United States District Judge